IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KEWANA BEATTY-ADAM,<br><br>                  Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PHOENIX, INC.,<br><br>                  Defendant. | Civil Action No. 3:14-cv-398 |

## ORDER

**THIS MATTER** is before the Court in reference to the parties' Stipulation for Extension of Time to Answer Complaint (Doc. No. 5). For good cause shown, and it appearing that the parties agree to an extension,

**IT IS ORDERED** that Defendant shall have up to and including **September 15, 2014** in which to answer or otherwise respond to the Complaint.

**SO ORDERED.**

Signed: August 26, 2014

_/s/ Graham C. Mullen_
Graham C. Mullen
United States District Judge