# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| KEWANA BEATTY-ADAM,<br><br>         Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PHOENIX, INC.,<br><br>         Defendant. | Civil Action No. 3:14-cv-398 |

## ORDER

**THIS MATTER** is before the Court in reference to the parties' Stipulation for Second Extension of Time to Answer Complaint (Doc. No. 7). For good cause shown, and it appearing that the parties agree to an extension,

**IT IS ORDERED** that Defendant shall have up to and including **October 6, 2014** in which to answer or otherwise respond to the Complaint.

**SO ORDERED.**

Signed: September 15, 2014

Graham C. Mullen
United States District Judge